IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-03159-04-CR-S-RK |
| | ) | |
| DANJOUNA A. WIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant's Waiver of Appearance at Arraignment. (Doc. 176.) Defendant, who is charged by Superseding Indictment (doc. 98), waives her right to appear for arraignment and affirms the following:

1) she has received a copy of the Superseding Indictment; and
2) her plea is not guilty.

The waiver is signed by both defense counsel and Defendant.

Upon review, pursuant to Fed. R. Crim. P. 10(b), the Court accepts the waiver. Defendant need not be present for arraignment on the Superseding Indictment, and a plea of not guilty is entered on her behalf as to the single count against her.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: December 2, 2021